# United States Bankruptcy Court
## Southern District of Ohio

In re  **Kathryn L Flatter**                                                    Case No.  **2:11-bk-52285**
                                   Debtor(s)                                    Chapter   **13 (Judge Hoffman)**

## Notice of Change of Address

Debtor's Social Security Number:            **xxx-xx-9819**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:           **Kathryn L Flatter**

Street:         **11043 Walnut Street**

City, State and Zip:   **Lakeview, OH 43331**

Telephone #:

**Please be advised that effective May 21, 2015,
my (our) new mailing address and telephone number is:**

Name:           **Kathryn L Flatter**

Street:         **1671 Fruitwood Dr**

City, State and Zip:   **Clearwater FL  33756-2453**

Telephone #:

                                                                **/s/ Kathryn L Flatter**
                                                                **Kathryn L Flatter**
                                                                Debtor